IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM IANNACONE,**
**individually,**

        **Plaintiff,**

v.                              **CIVIL ACTION NO. 2:24-cv-00245**
                                 **HONORABLE THOMAS E. JOHNSTON**

**J.D. ELLISON, et al.,**

        **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the **17th** day of **April 2025**, I electronically filed the foregoing **Certificate of Service** noticing filing of ***Defendants' Renewed Rule 26(a)(2) Disclosure*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record and complete copy of the same has been sent via email.

John H. Bryan, Esq.
Law Office of John H. Bryan
611 Main Street
P.O. Box 366
Union, WV  24983
jhb@johnbryanlaw.com
jhbryan@me.com
***Counsel for Plaintiff***

      */s/ Drannon L. Adkins*
     Wendy E. Greve, WV State Bar No. 6599
     Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone:    (304) 344-0100
Facsimile:     (304) 342-1545