IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM IANNACONE,**
**individually,**
    **Plaintiff,**

v.                       CIVIL ACTION NO.: 2:24-cv-00245
                        HONORABLE THOMAS E. JOHNSTON

**J.D. ELLISON, individually, and**
**THE NICHOLAS COUNTY**
**COMMISSION, a political**
**Subdivision of the State of West**
**Virginia,**
    **Defendants.**

## NOTICE OF SETTLEMENT

**COME NOW,** the Defendants, Deputy J.D. Ellison and the Nicholas County Commission, by and through counsel, Wendy E. Greve, Drannon L. Adkins, and the law firm of Pullin, Fowler, Flanagan, Brown & Poe, PLLC, and hereby advise the Court that all parties have reached an agreement to resolve all matters at issue in in the above civil action.

                                        **DEPUTY J.D. ELLISON and**
                                        **THE NICHOLAS COUNTY COMMISSION,**
                                        **By Counsel**,

                                        */s/ Drannon L. Adkins*
                                        Wendy E. Greve, WV State Bar No. 6599
                                        Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
wgreve@pffwv.com; dadkins@pffwv.com
Telephone:    (304) 344-0100
Facsimile:     (304) 342-1545

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**WILLIAM IANNACONE,**
**individually,**

       **Plaintiff,**

v.                                    **CIVIL ACTION NO. 2:24-cv-00245**
                                      **HONORABLE THOMAS E. JOHNSTON**

**J.D. ELLISON, et al.,**

       **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the **26th** day of **August 2025**, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

John H. Bryan, Esq.
Law Office of John H. Bryan
611 Main Street
P.O. Box 366
Union, WV  24983
jhb@johnbryanlaw.com
jhbryan@me.com
***Counsel for Plaintiff***

                                      */s/ Drannon L. Adkins*
                                    Wendy E. Greve, WV State Bar No. 6599
                                    Drannon L. Adkins, WV State Bar No. 11384

***PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC***
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
wgreve@pffwv.com; dadkins@pffwv.com
Telephone:    (304) 344-0100
Facsimile:     (304) 342-1545